

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE JOHN NELSON LANDRUM                    CAUSE NUMBER WR-76,938-03

## **ORDER**

The above styled and numbered cause is before this Court on application for writ of habeas corpus from Applicant's aggravated assault conviction in Cause No. 007-0743-08-C from the 7th District Court of Smith County.

The Court is of the opinion that the presentence investigation report should be inspected. Pursuant to TEX. R. APP. P. 34.6(g)(2), the District Clerk of Smith County is ordered to file these two Exhibits with the Clerk of this Court on or before the 21st day of July, 2014.

IT IS SO ORDERED THIS THE 10TH DAY OF JULY, 2014

PER CURIAM

EN BANC

DO NOT PUBLISH